**Order entered September 14, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00568-CR
No. 05-21-00569-CR
No. 05-21-00589-CR

**DARIUS KEONTE SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F17-70985-H, F17-39554-H & F18-70008-H**

### ORDER

Before the Court is appellant's September 10, 2021 motion for an extension of time to file his brief, asking for access to the clerk's record and reporter's record in 05-21-00589-CR. The clerk's record in 05-21-00589-CR is accessible via the attorney portal. The reporter's record in all three cases is filed in 05-21-00568-CR and is also accessible via the attorney portal.

We **GRANT** the motion and **ORDER** appellant's brief due by October 14, 2021.

/s/    LANA MYERS
        JUSTICE